**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NIMA NOUR** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-cv-00874** |
| | § | **JURY DEMANDED** |
| **DONNA MARIE ODISHOO AND** | § | |
| **NORTHLAND TRUCKING, INC.** | § | |
| | § | |

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

COME NOW, Defendants, **DONNA MARIE ODISHOO** and **NORTHLAND TRUCKING, INC.**, and file this Notice of Removal under 28 U.S.C. § 1446(a); 28 U.S.C. § 1441; and 28 U.S.C. § 1332, and would respectfully show unto the Court the following:

**A.  INTRODUCTION**

1.      Plaintiff is Nima Nour; Defendants are Donna Marie Odishoo and Northland Trucking, Inc.

2.      This case stems from an automobile accident that occurred in Harris County, Texas on or about August 10, 2020, wherein the Plaintiff has claimed personal injuries.

3.      On February 17, 2022, the Plaintiff filed his Petition against Defendants and asserted various theories of Negligence stemming from an auto accident in Harris County, Texas.  The case was filed in the 113th District Court of Harris County, Texas.  Further, Plaintiff contends damages over $1,000,000.00.

4.      Defendant Northland Trucking, Inc. was served on February 22, 2022. Defendant Donna Marie Odishoo was served on February 24, 2022. Defendants Donna Marie Odishoo and

Northland Trucking, Inc. now files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1); *Bd. Of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.,* 478 F.3d 274, 278 (5th Cir. 2007).

## B. BASIS FOR REMOVAL

5.      Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899-900 (9th Cir. 2006).

6.      The Plaintiff is a citizen of the State of Texas.

7.      Defendant Northland Trucking, Inc. is a citizen of the State of Arizona.

8.      Defendant Donna Marie Odishoo is a citizen of the State of Arizona.

9.      Accordingly, there is a complete diversity between the parties pursuant to 28 U.S.C. § 1332(a).  Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. § 1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006).  Specifically, Plaintiff's Original Petition seeks damages that exceed the jurisdictional minimum of this Court and $75,000.01.  *See* the Prayer of Plaintiff's Original Petition, attached hereto.

10.     All Defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A); *Cook v. Randolph Cnty.*, 573 F.3d 1143, 1150-51 (11th Cir. 2009); *Pritchett v. Cottrell, Inc.*, 512 F.3d 1057, 1062 (8th Cir. 2008); *Harper v. AutoAlliance Int'l, Inc.*, 392 F.3d 195, 201-02 (6th Cir. 2004).

11.     Copies of all pleadings, process, orders, a docket sheet, an index of matters being filed, and a list of counsel of record are attached to this notice as required by 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule LR81. The exhibits are attached as follows:

- o **Exhibit A**: Index of Matters Being Filed

2

- **Exhibit B**: Case Summary / Docket Sheet

- **Exhibit C**:
    - **Exhibit C (1)**: Plaintiff's Petition
    - **Exhibit C (2)**: Request for Issuance of Service to Defendant Northland Trucking, Inc.
    - **Exhibit C (3)**: Request for Issuance of Service to Defendant Donna Marie Odishoo.
    - **Exhibit C (4)**: Citation Return re: Northland Trucking, Inc.
    - **Exhibit C (5)**: Citation Return re: Donna Marie Odishoo.
    - **Exhibit C (6)**: Civil Cover Sheet.

- **Exhibit D**: A list of all parties in the case, their party type, and the current status of the removed case; a complete list of attorneys; the name and address of the court from which the case was removed.

12.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

13.     Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C. JURY DEMAND

14.     Plaintiff did not demand a jury in the state-court suit.

15.     Defendants hereby respectfully demand a jury trial.

## D. CONCLUSION

16.     All illustrated herein, complete diversity exists between the named parties and the amount in controversy—as plead by the Plaintiff's Original Petition—exceeds the jurisdictional amount required for removal.  For these reasons, Defendants ask the Court to remove the suit to the Southern District of Texas—Houston Division.

17.     If Plaintiff contests this removal, Defendants request:

a)      A hearing requesting this Court's jurisdiction over, and the propriety of removal of this matter; and

3

b)      Leave to conduct limited discovery related to issues surrounding the existence of

diversity jurisdiction.

### E. PRAYER

WHEREFORE, Donna Marie Odishoo and Northland Trucking, Inc., by counsel, pray

that this Court remove the action from the Harris District County Court to the United States

District Court for the Southern District of Texas—Houston Division.

Respectfully submitted,

**TAYLOR, BOOK, ALLEN & MORRIS, LLP**

GREGORY A. HOLLOWAY
State Bar No. 24000502
S.D. Tex. Federal Bar No. 23034
gholloway@taylorbook.com
1221 McKinney, Suite 4300
Houston, Texas 77010
Telephone:  (713) 222-9542
Facsimile:  (713) 655-7727

**ATTORNEYS FOR DEFENDANT,
DONNA MARIE ODISHOO AND
NORTHLAND TRUCKING, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been e-filed with the District Clerk of the Southern District of Texas—Houston Division and forwarded to all counsel of record by e-service notification, certified mail/return receipt requested, regular mail, hand delivery, and/or facsimile on this the 17th day of March, 2022.

Benny Agosto, JR.
bagosto@awtxlaw.com
Ben Agosto, III
Ben.agosto@awtxlaw.com
Wady S. Rahbani-Chavez
wchavez@awtxlaw.com
Abraham, Watkins, Nichols, Agosto, Aziz, & Stogner
800 Commerce Street
Houston, Texas 77002
T: (713) 222-7211
F: (713) 225-0827
**ATTORNEY FOR PLAINTIFF**

GREGORY A. HOLLOWAY