# Exhibit C

# Exhibit C (1): Plaintiff's Petition

2/17/2022 11:02 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61842234
By: Joshua Hall
Filed: 2/17/2022 11:02 AM

# 2022-09846 / Court: 113

## CAUSE NO. _____

| | | |
|---|---|---|
| **NIMA NOUR** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **DONNA MARIE ODISHOO and** | § | |
| **NORTHLAND TRUCKING INC** | § | |
| | § | |
| *Defendants.* | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW Plaintiff Nima Nour ("Plaintiff") and files this Original Petition complaining of Defendants Donna Marie Odishoo and Northland Trucking Inc. ("Northland") (collectively, "Defendants") and for cause of action would respectfully show this Honorable Court the following:

## DISCOVERY PLAN

Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure and affirmatively pleads that he seeks monetary relief in excess of the jurisdictional limits of this Honorable Court.

## PARTIES

Plaintiff Nima Nour is an individual who resides in the State of Texas.

Defendant Donna Marie Odishoo is an individual who resides in the State of Arizona. Defendant Odishoo may be served at her home residence at 4051 E. Morenci Rd., San Tan Valley, Arizona 85143, or wherever she may be found.

Defendant Northland Trucking Inc. is a foreign limited liability company doing business in the State of Texas. Defendant may be served by and through its registered agent: Norman C. Skoog, 9432 S. 35th Glen, Laveen, Arizona 85339.

Plaintiff expressly invokes his rights under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

## VENUE AND JURISDICTION

Venue and jurisdiction are proper. Harris County is the county in which all or a substantial part of the events giving rise to the claim occurred. TEX. R. CIV. P. 15.002(a)(1). The relief requested herein is within the jurisdictional limits of this Court. As Defendant Odishoo and Defendant Northland are both citizens and residents of the State of Arizona, there is incomplete diversity among the Parties. Furthermore, this case does not involve or implicate any federal question. Accordingly, removal of this matter would not be proper.

## MISNOMER/ALTER EGO

In the event any parties are misnamed or not included herein, it is Plaintiff's contention such was a "misidentification," "misnomer" and/or such parties are/were "alter egos" of the parties named herein. Alternatively, Plaintiff contends such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

## FACTUAL BACKGROUND

On August 10, 2020, Plaintiff Nima Nour was operating his 2018 Mercedes-Benz 260-Class while traveling westbound on the 14700 Block of US 290 (Northwest Freeway) in Houston, Texas. While driving on the freeway, Plaintiff eventually found himself in the third lane, or the center lane, of traffic of the five-lane freeway. As he drove along, some distance ahead of Plaintiff was Defendant Donna Marie Odishoo, operating a 2016 Freightliner tractor-trailer combination, who was traveling in the fourth lane of traffic. Under present information and belief, at all times relevant described herein was Ms. Odishoo operating her rig within the course and scope of her duties as an employee of Defendant Northland Trucking Inc.

2

As Plaintiff drove along, he eventually approached the left rear quadrant of the rig combination, which was to Plaintiff's right. Plaintiff was traveling at a faster rate of speed (within legal limit) relative to the rig combination; so, as Plaintiff continued to drive forward, he began to gain on Defendant's rig on the left side in an attempt to safely pass the tractor-trailer to its left. However, suddenly and without warning, Defendant Odishoo suddenly swerved into Plaintiff's lane and smashed into the front right of Plaintiff's vehicle, causing significant damage. Critically, Defendant made this erratic and ill-advised movement without regard to the safety and welfare of Plaintiff, nor with regard for any other driver on the road around her. Despite having ample time to survey her surroundings to make a safe lane change, she could not be bothered to do so. So oblivious was Defendant to her actions that she mistook smashing into Plaintiff's car with potentially, "blowing a tire." The resulting crash caused a whiplash effect on Plaintiff, causing injuries to his head, neck, and back.





After the collision, police arrived on scene. The violent impact caused injuries and damages to Plaintiff. As a result of the incident, Plaintiff sustained personal injuries that have necessitated medical treatment. Plaintiff is still seeking treatment because of this incident. The full extent of injuries is unknown. Plaintiff's life is forever changed, and he now faces a long road to recovery.

## CAUSES OF ACTION

### A.    NEGLIGENCE – DEFENDANT ODISHOO

Plaintiff incorporates all preceding paragraphs herein. At the time of the accident, Defendant Odishoo was operating the tractor-trailer negligently. Defendant Odishoo had a duty to exercise ordinary care and operate the vehicle in a reasonable and prudent manner. That duty was breached, and such negligence was a proximate cause of Plaintiff's injuries.

Defendant breached her duty of reasonable care in one or more of the following ways, among others:

1.    Failing to observe and follow traffic laws;

2.    Failing to maintain a proper lookout;

4

3.      Failing to keep the vehicle under proper control;

4.      Failing to properly inspect and maintain the vehicle;

5.      Failing to maintain a safe speed given the road conditions;

6.      Failing to operate her vehicle reasonably and prudently; and

7.      Failing to conform to various statutes and regulations, including the Texas
        Transportation Code.

Each of these acts and omissions, singularly or in combination with others, constitute

negligence, which was the proximate cause of this incident and the injuries sustained by Plaintiff.

**B.      NEGLIGENCE *PER SE* – DEFENDANT ODISHOO**

Plaintiff incorporates all preceding paragraphs herein. Defendant Odishoo was negligent

*per se* because of a breach of duties imposed by statute. These breaches caused Plaintiff's injuries.

Specifically, there was a breach of duties imposed by statutes and state law, including, but not

limited to, the following:

1.      TEX. TRANS. CODE ANN. § 545.060: Requires an operator driving on marked-lane
        roadways to drive as nearly practical entirely within a single lane and proscribes movement
        between lanes unless the lane departure can be made safely;

2.      TEX. TRANS. CODE ANN. § 545.401: Sets forth a duty not to drive a vehicle in a willful or
        wanton disregard for the safety of persons and property.

Plaintiff is within the class of individuals intended to be protected by these statutes. The

statutes are ones for which tort liability may be imposed. Defendant's breach of these statutory

duties proximately caused Plaintiff's injuries.

**C.      GROSS NEGLIGENCE – DEFENDANT ODISHOO**

Plaintiff will further show that the acts and/or omissions of Defendant, as described above,

when viewed objectively from Defendant's standpoint, involve an extreme degree of risk

considering the probability and magnitude of the potential harm to others. Defendant had actual

subjective awareness of the risk involved, but nevertheless proceeded in conscious indifference to the rights, safety, and/or welfare of the others, including Plaintiff. Defendant's actions on the day of the incident were beyond reckless and caused a serious incident.

As such, Defendant's actions and omissions constitute gross negligence and malice as those terms are understood by law.

### D.    RESPONDEAT SUPERIOR, AGENCY

Plaintiff incorporates all preceding paragraphs herein. Donna Marie Odishoo was operating the tractor-trailer at the time of the incident as an employee, agent and/or servant of Defendant Northland Trucking Inc. Further, Ms. Odishoo was conducting work for Northland Trucking Inc. at the time of the incident. Defendant was responsible for screening, hiring and scheduling Ms. Odishoo's services, which she was furthering at the time of the incident. As such, Defendant is responsible for the conduct of Ms. Odishoo because of this relationship, among other acts and omissions of negligence and gross negligence which may be shown during the trial of this cause.

### E.    NEGLIGENT ENTRUSTMENT – DEFENDANT NORTHLAND TRUCKING

Defendant Northland Trucking owned the 2016 Freightliner, which Defendant Donna Marie Odishoo was operating at the time of the incident. Defendant Northland Trucking entrusted the Freightliner to Defendant Odishoo. However, Odishoo was a reckless and/or incompetent driver, and Defendant Northland Trucking knew or should have known Odishoo was a reckless and/or incompetent driver. By entrusting the Freightliner to a reckless and/or incompetent driver like Defendant Odishoo, Defendant Northland Trucking's negligence was a substantial contributing factor in causing Plaintiff's injuries.

6

## DAMAGES

Plaintiff seeks damages for pain and suffering, past and future; disfigurement and physical impairment, past and future; mental anguish, past and future; medical expenses, past and future; loss of earning capacity, past and future. Because of the egregious nature of Defendant's actions, Plaintiff seeks punitive damages.

## PRAYER

By reason of all the above and forgoing, and on account of the injuries suffered by Plaintiff as a result of this incident, Plaintiff is entitled to recover from Defendants damages, both general and special, set forth in this petition, within the jurisdictional limits of this Court. Plaintiff seeks damages in excess of **$1,000,000**. Plaintiff also seeks pre- and post-judgment interest and any other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER**

/s/ Benny Agosto Jr.
Benny Agosto, Jr.
State Bar No. 00794981
Ben Agosto III
State Bar No. 24091926
Wady S. Rahbani-Chavez
State Bar No. 24109285
800 Commerce Street
Houston, Texas 77002
Telephone:     (713) 222-7211
Facsimile:     (713) 225-0827
bagosto@awtxlaw.com
ben.agosto@awtxlaw.com
wchavez@awtxlaw.com

**ATTORNEYS FOR PLAINTIF**

# **Exhibit C (2)**: Request for Issuance of Service to Defendant Northland Trucking, Inc.

Marilyn Burgess

2022-09846 / Court: 113

HARRIS COUNTY DISTRICT CLERK

Marilyn Burgess - District Clerk
Harris County
Envelope No: 61842234
By: HALL, JOSHUA E
Filed: 2/17/2022 11:02:56 AM

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served:  Plaintiff's Original Petition   _____

**FILE DATE:** ____02-16-2022_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**   Northland Trucking Inc. _____

Address of Service:   _____

City, State & Zip:   _____

Agent (if applicable)  Norman C. Skoog, 9432 S. 35th Glen, Laveen, Arizona 85339  _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| X ☐ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106** |
| **Service** | ☐ **Citation Scire Facias** | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias** (not by E-Issuance) | | ☐ **Attachment** (not by E-Issuance) |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** (not by E-Issuance) | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)** _____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP** (phone) _____       X ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____       **(No Service Copy Fees Charged)**
☐ **CONSTABLE**       *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**       used to retrieve the E-Issuance Service Documents.
      Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____

X ☐   **OTHER,** *explain* **Email Citation to Shari Welch – swelch@awtxlaw.com** _____

**Issuance of Service Requested By:** Attorney/Party Name:  Benny Agosto, Jr.   Bar # or ID  00794981 _____

Mailing Address:__800 Commerce St, Houston, TX 77002_____

Phone Number:  713.222.7211_____

# Exhibit C (3): Request for Issuance of Service to Defendant Donna Marie Odishoo

Marilyn Burgess - District Clerk
Harris County
Envelope No: 61842234
By: HALL, JOSHUA E
Filed: 2/17/2022 11:02:56 AM

Marilyn Burgess

2022-09846 / Court: 113

HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served:  Plaintiff's Original Petition  _____

FILE DATE: ____02-17-2022_____ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be

Served):

Issue Service to:  Donna Marie Odishoo _____

Address of Service:  4051 E. Morenci Road _____

City, State & Zip:  San Tan Valley, Arizona 85143 _____

Agent (if applicable) _____

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

| | | | |
|---|---|---|---|
| X☐ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106** |
| **Service** | ☐ **Citation Scire Facias** | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias** (not by E-Issuance) | | ☐ **Attachment** (not by E-Issuance) |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** (not by E-Issuance) | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)** _____ | | | |

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
☐ **ATTORNEY PICK-UP (phone)** _____  X☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____  **(No Service Copy Fees Charged)**
☐ **CONSTABLE**  *Note:* The email registered w/Xth EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**  used to retrieve the E-Issuance Service Documents.
  Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____  Phone: _____

X☐  **OTHER,** *explain* **Email Citation to Shari Welch – swelch@awtxlaw.com** _____

**Issuance of Service Requested By:** Attorney/Party Name:  Benny Agosto, Jr.   Bar # or ID  00794981 _____

Mailing Address:__800 Commerce St, Houston, TX 77002_____

Phone Number: 713.222.7211 _____

# **Exhibit C (4)**: Citation Return re: Defendant Northland Trucking, Inc.

2/24/2022 2:38 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 62055083
By: SASHA PRINCE
Filed: 2/24/2022 2:38 PM

**ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER**
Benny Agosto Jr. #00794981
800 Commerce St.
Houston, TX 77002
713 222 7211
bagosto@wtxlaw.com
Attorneys for Plaintiff

## IN THE DISTRICT COURT, 113TH JUDICIAL DISTRICT
## COUNTY OF HARRIS, STATE OF TEXAS

| | | |
|---|---|---|
| NIMA NOUR | ) | NO. 20229846 |
| | ) | |
| Plaintiff | ) | |
| | ) | AFFIDAVIT OF SERVICE |
| and | ) | BY PRIVATE PROCESS SERVER |
| | ) | |
| NORTHLAND TRUCKING, INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

I, Jeff Bourne, being fully qualified to serve process under ARCP 4(e) within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

### CITATION-NON RESIDENT
### PLAINTIFF'S ORIGINAL PETITION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named documents was made upon **Northland Trucking, Inc.** by leaving a copy with Norman C. Skoog, Registered Agent, at 4:20pm on February 22, 2022 at 9432 S. 35th Glen, Laveen, AZ 85339. Note: Mr. Skoog is described as a white male, approximately 55 years of age, 5'10", 170 lbs., graying hair.

DATED: _____     _____     _____
                                    JEFF BOURNE #5585                        NOTARY

I declare under penalty of perjury that the foregoing is true and correct and was executed on this ____

MICHAEL MENZIE DOUGLAS
Notary Public - Arizona
Maricopa County
Commission # 563784
My Commission Expires March 31, 2023

# **Exhibit C (5)**: Citation Return re: Donna Marie Odishoo

3/1/2022 3:54 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 62196832
By: cassie combs
Filed: 3/1/2022 3:54 PM

**ABRAHAM, WATKINS, NICHOLS, AGOSTO, AZIZ & STOGNER**
Benny Agosto Jr. #00794981
800 Commerce St.
Houston, TX 77002
713 222 7211
bagosto@wtxlaw.com
Attorneys for Plaintiff

IN THE DISTRICT COURT, 113TH JUDICIAL DISTRICT
COUNTY OF HARRIS, STATE OF TEXAS

| | | |
|---|---|---|
| NIMA NOUR | ) | NO. 202209846 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| and | ) | AFFIDAVIT OF SERVICE |
| | ) | BY PRIVATE PROCESS SERVER |
| DONNA MARIE ODISHOO | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

I, Jeff Bourne, being fully qualified to serve process under ARCP 4(e) within the State of Arizona and having been appointed by Maricopa County Superior Court, did receive the following documents:

CITATION-NON RESIDENT
PLAINTIFF'S ORIGINAL PETITION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time shown below.

Service of the above-named documents was made upon **Donna Marie Odishoo** personally at 5:10pm on February 24, 2022 at 4051 E.Morenci St., San Tan Valley, AZ 85143.  Note: Ms. Odishoo is described as a white female, approximately 36 years of age, 5'6", 130 lbs., black hair, neck tattoo.

DATED: 2/28/22

JEFF BOURNE #5585

NOTARY

MICHAEL MENZIE DOUGLAS
Notary Public - Arizona
Maricopa County
Commission # 563784
My Commission Expires March 31, 2023

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

# **Exhibit C (6)**: Civil Cover Sheet

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nima Nour | Donna Marie Odishoo and Northland Trucking, Inc. |

| **(b)** County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
|---|---|
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* <br> Benny Agosto, JR., Abraham, Watkins, Nichols, Agosto, <br> Aziz, & Stogner, 800 Commerce, Houston, TX, 77002, <br> (713) 222-7211 | Attorneys *(If Known)* <br> Gregory Holloway, Taylor, Book, Allen, & Morris, 1221 <br> McKinney, Houston, TX, 77010 (713) 222-9542 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance <br> [ ] 120 Marine <br> [ ] 130 Miller Act <br> [ ] 140 Negotiable Instrument <br> [ ] 150 Recovery of Overpayment & Enforcement of Judgment <br> [ ] 151 Medicare Act <br> [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> [ ] 153 Recovery of Overpayment of Veteran's Benefits <br> [ ] 160 Stockholders' Suits <br> [ ] 190 Other Contract <br> [ ] 195 Contract Product Liability <br> [ ] 196 Franchise | **PERSONAL INJURY** <br> [ ] 310 Airplane <br> [ ] 315 Airplane Product Liability <br> [ ] 320 Assault, Libel & Slander <br> [ ] 330 Federal Employers' Liability <br> [ ] 340 Marine <br> [ ] 345 Marine Product Liability <br> [x] 350 Motor Vehicle <br> [ ] 355 Motor Vehicle Product Liability <br> [ ] 360 Other Personal Injury <br> [ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** <br> [ ] 365 Personal Injury - Product Liability <br> [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> [ ] 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> [ ] 370 Other Fraud <br> [ ] 371 Truth in Lending <br> [ ] 380 Other Personal Property Damage <br> [ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 <br> [ ] 690 Other <br><br> **LABOR** <br> [ ] 710 Fair Labor Standards Act <br> [ ] 720 Labor/Management Relations <br> [ ] 740 Railway Labor Act <br> [ ] 751 Family and Medical Leave Act <br> [ ] 790 Other Labor Litigation <br> [ ] 791 Employee Retirement Income Security Act | [ ] 422 Appeal 28 USC 158 <br> [ ] 423 Withdrawal 28 USC 157 <br> **INTELLECTUAL PROPERTY RIGHTS** <br> [ ] 820 Copyrights <br> [ ] 830 Patent <br> [ ] 835 Patent - Abbreviated New Drug Application <br> [ ] 840 Trademark <br> [ ] 880 Defend Trade Secrets Act of 2016 <br> **SOCIAL SECURITY** <br> [ ] 861 HIA (1395ff) <br> [ ] 862 Black Lung (923) <br> [ ] 863 DIWC/DIWW (405(g)) <br> [ ] 864 SSID Title XVI <br> [ ] 865 RSI (405(g)) | [ ] 375 False Claims Act <br> [ ] 376 Qui Tam (31 USC 3729(a)) <br> [ ] 400 State Reapportionment <br> [ ] 410 Antitrust <br> [ ] 430 Banks and Banking <br> [ ] 450 Commerce <br> [ ] 460 Deportation <br> [ ] 470 Racketeer Influenced and Corrupt Organizations <br> [ ] 480 Consumer Credit (15 USC 1681 or 1692) <br> [ ] 485 Telephone Consumer Protection Act <br> [ ] 490 Cable/Sat TV <br> [ ] 850 Securities/Commodities/ Exchange <br> [ ] 890 Other Statutory Actions <br> [ ] 891 Agricultural Acts |
| **REAL PROPERTY** <br> [ ] 210 Land Condemnation <br> [ ] 220 Foreclosure <br> [ ] 230 Rent Lease & Ejectment <br> [ ] 240 Torts to Land <br> [ ] 245 Tort Product Liability <br> [ ] 290 All Other Real Property | **CIVIL RIGHTS** <br> [ ] 440 Other Civil Rights <br> [ ] 441 Voting <br> [ ] 442 Employment <br> [ ] 443 Housing/ Accommodations <br> [ ] 445 Amer. w/Disabilities - Employment <br> [ ] 446 Amer. w/Disabilities - Other <br> [ ] 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> [ ] 463 Alien Detainee <br> [ ] 510 Motions to Vacate Sentence <br> [ ] 530 General <br> [ ] 535 Death Penalty <br> **Other:** <br> [ ] 540 Mandamus & Other <br> [ ] 550 Civil Rights <br> [ ] 555 Prison Condition <br> [ ] 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION** <br> [ ] 462 Naturalization Application <br> [ ] 465 Other Immigration Actions | **FEDERAL TAX SUITS** <br> [ ] 870 Taxes (U.S. Plaintiff or Defendant) <br> [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 893 Environmental Matters <br> [ ] 895 Freedom of Information Act <br> [ ] 896 Arbitration <br> [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> [ ] 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

| **VI. CAUSE OF ACTION** | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: <br> 28 U.S.C. § 1332 <br> Brief description of cause: <br> alleged personal injuries arising from an automobile accident |
|---|---|

| **VII. REQUESTED IN COMPLAINT:** | [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: <br> JURY DEMAND: [ ] Yes [ ] No |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

DATE <br> 3/17/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____